___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 07 2010

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Print Form

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

DAVID C. BROOKENS

Plaintiff(s)

vs.

BARRICK GOLD CORP.

Defendant(s),

COMPLAINT C10-1610 RSM

SEA 37017 NO SUMMONS ISSUED

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

DAVID C. BROOKENS
800 5TH AVE, DEPT. 339
SEATTLE, WA. 98104

Defendant's Name, Address and Phone Number

BARRICK GOLD CORP.
161 BAY STREET, SUITE 3700
TORONTO, CANADA
M5J 2S1

Defendant's Name, Address and Phone Number



10-CV-01610-CMP

Defendant's Name, Address and Phone Number

[ ]

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Jurisdiction**
(Reason your case is being filed in federal court)

DIVERSITY

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

MY PATENT APPLICATION WAS CHANGED INTO A TRADE SECRET IN A CONCEALED BREACH OF TRUST. BARRICK GOLD ACQUIRED IT AND IS USING IT.

**Relief:**
(State briefly exactly what you want the court to do for you)

AWARD PLAINTIFF DAMAGES IN AN AMOUNT YET TO BE DETERMINED AND/OR ISSUE AN INJUNCTION

**Jury Demand:**
(Optional)

YES

10/7/10
Date

DAVID C. BROOKENS
Signature of Plaintiff

FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT 07 2010   RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

David C. Brookens,

  Plaintiff

vs

Barrick Gold Corporation ET AL

  Defendant

No. **C10-1610 RSM**

CONVERSION

POSSESSION OF STOLEN PROPERTY

*[margin note: No summons issued  Item 27017]*

Plaintiff alledges

1. Plaintiff's address is 800 5th Ave., Dept. 339, Seattle, Washington, 98104, King County.
2. Defendant's address is 161 Bay Street, Suite 3700, Toronto, Canada, M5J 2S1.
3. That I am the inventor of the Patent Application HEAP LEACH BIO-OXIDATION.
4. That on or about 2001, at Seattle, Washington, through a concealed breach of trust, the Application was wrongfully changed into a trade secret
5. That in the due course of events, defendant wrongfully misappropriated said invention.
6. That notwithstanding Plaintiff's demand, Defendant continues to utilize said invention in Concealment at Defendant's Pipeline Mill near Elko, Nevada and other locations.
7. That Defendant pays royalties for the use of said invention.
8. That without a patent, Plaintiff cannot sell his invention, which he values at $5,000,000.00, Nor does he receive any compensation for its use as a trade secret.
Plaintiff has been damaged in an amount yet to be determined and asks for injunctive relief.

DATED THIS 7 day of October, 2010.

*DAVID C. BROOKENS*

David C. Brookens, pro se